| | | |
|---|---|---|
| **ECONOMY PREMIER ASSURANCE COMPANY,** | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **LACY T. MITCHELL, et al.,** | ) | |
| | ) | |
| Defendant(s). | ) | |

       **THIS MATTER** is before the court on plaintiff's Motion for Matter to Be Excused From Alternative Dispute Resolution. While mediation and alternative dispute resolution are cornerstones of case management under Rule 16, Federal Rules of Civil Procedure, the court finds that good cause has been shown in this matter excusing the parties from such requirement. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

       **IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Matter to Be Excused From Alternative Dispute Resolution (#8) is GRANTED, and the requirement of mediation is stricken from the Pretrial Order.

Signed: March 11, 2013

Max O. Cogburn Jr.
United States District Judge